FIRMED. *See Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003).

837 A.2d 1165

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Frederick Alan YOUNG, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 7, 2003.

Decided Dec. 16, 2003.

## *ORDER*

PER CURIAM:

**AND NOW,** this 16 th day of December, 2003, the Order of the Court of Common Pleas of Mercer County is AF-FIRMED. *See Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003).